In the Matter of ANTONIO C. CUNHA, Respondent, v ROSA E. URIAS, Appellant.

Submitted April 15, 2013; decided June 4, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.